**STATE of Missouri, Respondent,**

v.

**Danny DOWDY, Appellant.**

**No. WD 40596.**

Missouri Court of Appeals,
Western District.

Dec. 6, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 31, 1989.

Susan L. Hogan, Columbia, for appellant.

William Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and CLARK and NUGENT, JJ.

### ORDER

PER CURIAM:

Appeal from conviction of concealment on jail premises of prohibited article, § 221.111 R.S.Mo., 1986, and sentence of six years' imprisonment.

AFFIRMED. Rule 30.25(b).